GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

CR24-05417 TUC-RCC(LCK)

FILED
2024 AUG 21 PM 2: 52
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Carlos Rudy Covarrubias, -001,
Counts 1-9,

Jose Martin Olivarria-Rodriguez, -002,
Counts 8-10,

    Defendants.

**I N D I C T M E N T**

Violations:
18 U.S.C. §§ 922(a)(6) and 924(a)(2)
(Making False Statement in Connection
With Acquisition of Firearms)
Counts 1-2

18 U.S.C. § 924(a)(1)(A)
(False Statement During Purchase of a
Firearm)
Counts 3-6

18 U.S.C. § 554(a)
(Smuggling Goods from the United
States)
Counts 7-8

18 U.S.C. §§ 922(k) and 924(a)(1)(B)
(Possession of a Firearm with an
Obliterated Serial Number)
Count 9

18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2)
(Possession of a Firearm by an Illegal
Alien)
Count 10

18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)
Forfeiture Allegation

**THE GRAND JURY CHARGES:**

## COUNTS 1-2

On or about the dates listed below, in the District of Arizona, the defendant, CARLOS RUDY COVARRUBIAS, in connection with the acquisition of firearms,

knowingly made false statements and representations to the businesses listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that the defendant, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 1 | 6/20/2020 | Sahuarita Guns | One (1) Wise Lite Arms, RPD, 7.62x39mm caliber, semiautomatic belt-fed rifle |
| 2 | 12/30/2021 | Sahuarita Guns | One (1) Ohio Ordinance Works, M240-SLR, 7.62x51mm caliber, semi-automatic belt-fed rifle |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS 3-6

On or about the dates listed below, in the District of Arizona, defendant CARLOS RUDY COVARRUBIAS, knowingly made a false statement and representation to Sahuarita Guns, licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Sahuarita Guns, in that the defendant CARLOS RUDY COVARRUBIAS did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in connection with the purchase of a firearm, stating that he resided at an address on East Calle Vivaz in Green Valley, Arizona, for Count 3-5, and that he resided at an address on S. Rafter R Road, Tucson, Arizona, for Count 6, whereas in truth and fact, the defendant CARLOS RUDY COVARRUBIAS knew that he resided at a different address:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 3 | 02/03/2020 | Sahuarita Guns | One (1) Taurus, model PT111G2, 9mm caliber pistol, and one (1) Adams Arms, model AA-15, 5.56mm caliber, AR-type semi-automatic rifle |
| 4 | 04/28/2020 | Sahuarita Guns | One (1) Beretta, model APX, 9mm caliber pistol |
| 5 | 06/20/2020 | Sahuarita Guns | One (1) Wise Lite Arms, RPD, 7.62x39mm caliber, semiautomatic belt-fed rifle |
| 6 | 12/30/2021 | Sahuarita Guns | One (1) Ohio Ordinance Works, M240-SLR, 7.62x51mm caliber, semi-automatic belt-fed rifle |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 7

At a time unknown, but no earlier than on or about June 20, 2020, and no later than on or about March 17, 2022, in the District of Arizona, defendant CARLOS RUDY COVARRUBIAS, knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) Wise Lite Arms, RPD, 7.62x39mm caliber, semiautomatic belt-fed rifle, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

All in violation of Title 18, United States Code, Section 554(a).

///

///

**COUNT 8**

At a time unknown, but no earlier than on or about December 30, 2021, and no later than on or about January 3, 2022, in the District of Arizona, defendants CARLOS RUDY COVARRUBIAS and JOSE MARTIN OLIVARRIA-RODRIGUEZ, knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: one (1) Ohio Ordinance Works, M240-SLR, 7.62x51mm caliber, semi-automatic belt-fed rifle, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

All in violation of Title 18, United States Code, Section 554(a).

**COUNT 9**

On about December 30, 2021, though January 3, 2022, at or near Tucson, in the District of Arizona, CARLOS RUDY COVARRUBIAS and JOSE MARTIN OLIVARRIA-RODRIGUEZ, did knowingly possess a firearm, namely an Ohio Ordinance Works, M240-SLR, 7.62x51mm caliber, semi-automatic belt-fed rifle, that had been transported in interstate or foreign commerce, from which the manufacturer's serial number had been removed, altered, and obliterated.

All in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

**COUNT 10**

On or about December 31, 2020, through January 3, 2021, in the District of Arizona, the defendant JOSE MARTIN OLIVARRIA-RODRIGUEZ, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, in and affecting interstate and foreign commerce, to wit: one (1) Ohio Ordinance Works, M240-SLR, 7.62x51mm caliber, semi-automatic belt-fed rifle.

All in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

**FORFEITURE ALLEGATION**

Upon conviction of one or more of the offenses alleged in Counts One through Ten of this Indictment, defendants, CARLOS RUDY COVARRUBIAS and JOSE MARTIN OLIVARRIA-RODRIGUEZ, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

| Line # | Asset Description | Serial Number |
|---|---|---|
| 1 | Taurus, model PT111G2, 9mm caliber pistol | TMT15950 |
| 2 | Adams Arms, model AA-15, 5.56mm caliber, AR-type semi-automatic rifle | AA0001769 |
| 3 | One (1) Beretta, model APX, 9mm caliber pistol | AXC006179 |
| 4 | Wise Lite Arms, RPD, 7.62x39mm caliber, semiautomatic belt-fed rifle | WLA29-KS1050 |
| 5 | Ohio Ordinance Works, M240-SLR, 7.62x51mm caliber, semi-automatic belt-fed rifle | Obliterated Serial Number (previously 240634) |

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said

*United States of America v. Carlos Rudy Covarrubias, et al.*
Indictment Page 5 of 6

defendants up to the value of the above-described forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: August 21, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
ADAM D. ROSSI
Assistant U.S. Attorney